1  Dylan Ruga (SBN 235969)
   dylan@stalwartlaw.com
2  Guillermo F. Barrantes (SBN 340936)
   guillermo@stalwartlaw.com
3  **STALWART LAW GROUP**
   8752 Holloway Drive
4  West Hollywood, CA 90069
   Telephone: (310) 954-2000

5  Attorneys for Plaintiff VILMA VELIZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILMA VELIZ, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>HOME DEPOT U.S.A., INC.; and DOES 1 TO 10, inclusive,<br><br>    Defendants. | Case No.: 2:24-cv-07251-PA-ASx<br><br>[Los Angeles County Superior Court Case No. 24STCV11230]<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND REMOVED ACTION**<br><br>Complaint Filed: May 03, 2024<br>(in Los Angeles County Superior Court)<br><br>Trial Date: None Set |

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND REMOVED ACTION

Plaintiff VILMA VELIZ ("Plaintiff" or "Veliz") and Defendant HOME DEPOT U.S.A., INC. ("Defendant") (collectively, the "Parties"), submitted a Joint Stipulation to Remand Removed Action ("Stipulation"):

The Court, having read and considered the Parties' Stipulation, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. This action be remanded to the Superior Court of California, County of Los Angeles, Case No. 24STCV11230, Department 16, the Honorable Steve Cochran presiding.

2. The status conference scheduled for Wednesday, September 4, 2024 is vacated.

**IT IS SO ORDERED.**

Dated: September 3, 2024

_____
PERCY ANDERSON
United States District Court Judge